COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Gary Joseph Arsenault
Neblett, Beard & Arsenault
P. O. Box 1190
Alexandria LA 71309-1190

**REHEARING ACTION: March 28, 2012**

**Docket Number: 11   00971-CA consolidated with 972-CA**

**NORMAN FRUGE**
**VERSUS**
**STATE OF LOUISIANA, DOTD, ET AL.**

**Appealed from Beauregard Parish Case No. 20020309 c/w, 20020311**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. Jimmie C. Peters**
    **Hon. Marc T. Amy**
    **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Norman Fruge, et al** has this day been

    **DENIED.**

cc: Michael Wayne Landry, Counsel for the Appellee